UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DOROTHY HEATON, | : | Case No. 1:10-cv-00534 |
| Petitioner, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | **ORDER** |
| DELANOR, KEMPER & ASSOCIATES LLC, | : | |
| Respondent. | : | |

In light of the settlement reached by the parties in this matter, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion to Vacate the Order to Show Cause and Stay Case Pending Completion of Parties' Settlement Agreement (doc. 12). The Court hereby RESCINDS and VACATES the Order to Show Cause issued in this matter on May 5, 2011 (doc. 11), directing Defendant and its managers, Frank D. Watson and Wilton K. Caver to show cause why they should be held in contempt for failure to comply with this Court's Order of February 22, 2011 (doc. 9) enforcing the settlement agreement and directing Defendant to immediately transmit to Plaintiff the sum of $6,050.00.

To afford the parties sufficient time to consummate the settlement agreement, the Court further STAYS all proceedings in this matter until September 20, 2011. On or before this date, Plaintiff shall file the necessary notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1) to terminate this matter from the Court's

active docket.  If settlement has not been consummated by this date, Plaintiff shall so advise the Court in writing and shall move the Court to lift the stay of proceedings.

    SO ORDERED.


Date: May 17, 2011        <u>s/S. Arthur Spiegel</u>
                                  S. Arthur Spiegel
                                  United States Senior District Judge