# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Dorothy Heaton, | |
| Plaintiff, | Case No. 1:10-cv-534-SAS-KLL |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Delanor, Kemper & Associates, LLC, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: ___/s/ Jeffrey S. Hyslip___
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    Jsh@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on September 9, 2011, addressed to the following:

Delanor, Kemper & Associates, LLC
2221 Peachtree Road, Suite 473
Atlanta, GA 30309

/s/ Jeffrey Hyslip